[900 NE2d 545, 872 NYS2d 64]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO CASTELLANO, Also Known as ROBERTO CASTELAN, Appellant.

Argued October 21, 2008; decided November 25, 2008

### APPEARANCES OF COUNSEL

*Patterson Belknap Webb & Tyler LLP*, New York City (*Matthew J. Shepherd, Lisa E. Cleary, Norman Kee* and *Leonard Braman* of counsel), for appellant.

*Robert T. Johnson, District Attorney*, Bronx (*Mary Jo Blanchard, Joseph N. Ferdenzi, Karen Swiger* and *Lawrence H. Cunningham* of counsel), for respondent.

### OPINION OF THE COURT

Order affirmed. Defendant's argument that the evidence presented at trial was insufficient to support his conviction for

depraved indifference murder is unpreserved for this Court's review (*see People v Hawkins*, 11 NY3d 484 [2008] [decided today]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.